IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                        )
                                              )
DAVID & CANDIDA JASIONOWSKI    )       Case No:  08-23419
                                              )       Chapter 7
                                              )

## NOTICE OF UNCLAIMED FUNDS

Trustee, KENNETH A. MANNING, hereby states:

1. He is Trustee appointed in the above mentioned case.

2. On the 14th day of March, 2011, Trustee issued check number 10131 in the amount of $82.07.  Said check has not been executed.

3. The last known address of the person/entity entitled to said check is: HMFC, PO Box 2089, Fountain Valley, CA 92728.

4. Pursuant to 11 USC 347 (a) and B.R. 3011, Trustee now deposits said funds with the Clerk of the Court to be disposed of pursuant to 28 USC 129.

/s/Kenneth A. Manning, Trustee
Kenneth A. Manning, Trustee
Attorney ID #9015-45
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376